Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
Bassil Madanat, Bar No. 285280
bassil@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorneys for Plaintiff Armen Mardiros*

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
VERA RANIERI (SBN 271594)
vranieri@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
JOYCE C. LI (SBN 323820)
jli@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
BENJAMIN B. AU (SBN 237854)
bau@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

*Attorneys for Defendant City of Hope*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN MARDIROS, *an individual*,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF HOPE, *a California nonprofit corporation*,<br><br>    Defendant. | Case No. 2:19-cv-02196-MCS-MAA<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES**<br><br>Judge: Hon. Mark C. Scarsi |

Plaintiff Dr. Armen Mardiros and Defendant City of Hope (collectively, the "Parties") hereby inform the Court that they have reached a binding settlement in principle. The Parties are in the process of reducing their settlement to writing. They will also require some time to effectuate certain aspects of their settlement.

The Parties jointly request that the Court vacate all deadlines in the case. The Parties expect to submit a joint request for final judgment reflecting their settlement within 30 days.

DATED: June 24, 2021       By:       */s/ Guy Ruttenberg*

        Guy Ruttenberg
        Bassil Madanat
        RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
        1801 Century Park East, Suite 1920
        Los Angeles, CA 90067
        Telephone: (310) 627-2270
        Facsimile: (310) 627-2260
        guy@ruttenbergiplaw.com
        bassil@ruttenbergiplaw.com

*Attorneys for Plaintiff Armen Mardiros*

DATED: June 24, 2021       By:       */s/ Ben Au*

        DURIE TANGRI LLP
        Daralyn J. Durie
        David McGowan
        Vera Ranieri
        Matthaeus Martino-Weinhardt
        Joyce C. Li
        217 Leidesdorff Street
        San Francisco, CA 94111
        Telephone: 415-362-6666
        Facsimile: 415-236-6300
        ddurie@durietangri.com
        dmcgowan@durietangri.com
        vranieri@durietangri.com
        mweinhardt@durietangri.com
        jli@durietangri.com

        DURIE TANGRI LLP
        Benjamin B. Au
        953 East 3rd Street
        Los Angeles, CA 90013

1 | Telephone: 213-992-4499
2 | Facsimile: 415-236-6300
  | bau@durietangri.com
3 | *Attorneys for Defendant City of Hope*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Guy Ruttenberg, hereby certify that the content of this document is acceptable to all persons required to sign this document and that I obtained the authorizations necessary for the electronic signatures of all parties for this document.

DATED: June 24, 2021         By:  */s/ Guy Ruttenberg*
                                  Guy Ruttenberg