Guy Ruttenberg, Bar No. 207937
guy@ruttenbergiplaw.com
RUTTENBERG IP LAW,
A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260

*Attorney for Plaintiff Armen Mardiros*

DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
DAVID McGOWAN (SBN 154289)
dmcgowan@durietangri.com
VERA RANIERI (SBN 271594)
vranieri@durietangri.com
MATTHAEUS MARTINO-WEINHARDT (SBN 313103)
mweinhardt@durietangri.com
JOYCE C. LI (SBN 323820)
jli@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300

DURIE TANGRI LLP
BENJAMIN B. AU (SBN 237854)
bau@durietangri.com
953 East 3rd Street
Los Angeles, CA 90013
Telephone: 213-992-4499
Facsimile: 415-236-6300

*Attorneys for Defendant City of Hope*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN MARDIROS, *an individual*,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HOPE, *a California nonprofit corporation*,<br><br>Defendant. | Case No. 2:19-cv-02196-MCS-MAA<br><br>**JOINT MOTION AND REQUEST PURSUANT TO THE COURT'S AUGUST 4, 2021 ORDER AND FED. R. CIV. PROC. 59(E) TO AMEND JUDGMENT**<br><br>Judge:   Hon. Mark C. Scarsi<br>Date:    N/A<br>Time:    N/A |

Following up on their previous Notice of Settlement (Dkt. No. 388), and pursuant to the Court's Orders of June 24, 2021, July 13, 2021 and August 4, 2021 (Dkt. Nos. 389, 393 and 394), Plaintiff Dr. Armen Mardiros ("Dr. Mardiros") and Defendant City of Hope ("COH") (collectively, "the Parties"), by and through their respective counsel of record, hereby jointly move and request pursuant to the Court's August 4, 2021 Order[1] and pursuant to Fed. R. Civ. Proc. 59(e) that the Court amend its prior Order of Dismissal as specified herein.

Specifically, the parties jointly request that the Court amend its prior judgment so as to include a final judgment on the merits with respect to Plaintiff's claims for correction of inventorship relating to the Anti-IL13Rα2 CAR Patents (Counts 8 and 12). In support of this request, the parties respectfully submit as follows:

- The Court previously granted Dr. Mardiros' motion for summary judgment regarding his claim that he should be added as a co-inventor on the Anti-IL13Rα2 CAR Patents. (Dkt. No. 180 at 28:13-14).
- Per their settlement agreement, the parties previously stipulated to entry of a judgment on the merits as follows:

    "Plaintiff Dr. Armen Mardiros is an inventor as to U.S. Patent Nos. 9,914,909 and 10,676,717. Pursuant to 35 U.S.C. § 256, Inventorship on the foregoing patents shall be corrected by adding Dr. Mardiros as a named inventor."

    (Dkt. No. 392 at 1 ¶ 1).
- Entry of a judgment as set forth above is a term of the parties' settlement.

---

[1] In the Court's August 4, 2021 Order Dismissing Action, the Court "retain[ed] jurisdiction to vacate this Order and reopen the action within 45 days upon a request supported by a showing of good cause why settlement cannot be completed within the 45-day period, explaining what further settlement processes are necessary and when the party or parties making the request reasonably expect the process to be concluded." (Dkt. No. 394).

- Although the parties requested dismissal of their other claims and counterclaims (*see* Dkt. No. 392 ¶¶ 2-3), they did not intend to seek dismissal of the claims for correction of inventorship as to the Anti- IL13Rα2 CAR Patents.

The parties understand that all other claims remain dismissed without prejudice as set forth in the Court's August 4, 2021 Order, and therefore the parties believe that the action can be closed after amending the judgment as set forth herein.

The parties note that the Court has also dismissed without prejudice Plaintiff's claims for correction of inventorship relating to the Anti-CD123 CAR Patents (counts 7 and 11). Through their settlement agreement, the parties have agreed to an alternative dispute resolution for resolving those claims. Since the Anti-CD123 Patent claims have been dismissed without prejudice, the parties do not believe such a dismissal would have any preclusive effect. Rather than re-open the current action, the parties understand that they would need to file a new action in the event that any party seeks to confirm the results of the alternative dispute resolution process.

A proposed amended Judgment is enclosed with this Motion.

DATED: September 1, 2021        By: */s/ Guy Ruttenberg*

Guy Ruttenberg
RUTTENBERG IP LAW, A PROFESSIONAL CORPORATION
1801 Century Park East, Suite 1920
Los Angeles, CA 90067
Telephone: (310) 627-2270
Facsimile: (310) 627-2260
guy@ruttenbergiplaw.com

*Attorney for Plaintiff Armen Mardiros*

DATED: September 1, 2021        By: */s/ Benjamin Au*

DURIE TANGRI LLP
Daralyn J. Durie

| | |
|---|---|
| 1 | David McGowan |
| 2 | Vera Ranieri |
|   | Matthaeus Martino-Weinhardt |
| 3 | Joyce C. Li |
|   | 217 Leidesdorff Street |
| 4 | San Francisco, CA 94111 |
|   | Telephone: 415-362-6666 |
| 5 | Facsimile: 415-236-6300 |
|   | ddurie@durietangri.com |
| 6 | dmcgowan@durietangri.com |
|   | vranieri@durietangri.com |
| 7 | mweinhardt@durietangri.com |
|   | jli@durietangri.com |
| 8 | DURIE TANGRI LLP |
| 9 | Benjamin B. Au |
|   | 953 East 3rd Street |
| 10 | Los Angeles, CA 90013 |
|    | Telephone: 213-992-4499 |
| 11 | Facsimile: 415-236-6300 |
|    | bau@durietangri.com |
| 12 | *Attorneys for Defendant City of Hope* |

1  I, Guy Ruttenberg, hereby certify that the content of this document is
2  acceptable to all persons required to sign this document and that I obtained the
3  authorizations necessary for the electronic signatures of all parties for this
4  document.

6  DATED: September 1, 2021   By: */s/ Guy Ruttenberg*
                                   Guy Ruttenberg