# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN MARDIROS, *an individual*, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HOPE, *a California nonprofit corporation*, <br><br> Defendant. | Case No. 2:19-cv-02196-MCS-MAA <br><br> **JUDGMENT** |

Pursuant to the Court's order granting in part Plaintiff Armen Mardiros's motion for summary judgment (ECF No. 180), the Court's order dismissing the action pursuant to a notice of settlement (ECF No. 394), and the parties' joint motion and request (ECF No. 397), the Court orders, adjudges, and decrees:

1. Final judgment is hereby entered in favor of Plaintiff Armen Mardiros with respect to his claims for correction of inventorship as to U.S. Patent Nos. 9,914,909 and 10,676,717 (Counts 8 and 12).
2. Plaintiff Armen Mardiros is a co-inventor on U.S. Patent Nos. 9,914,909 and 10,676,717. Pursuant to 35 U.S.C. § 256, inventorship on the foregoing patents shall be corrected by adding Dr. Mardiros as a named inventor.
3. All other claims and counterclaims remain dismissed without prejudice as set forth in the Court's August 4, 2021 order dismissing the action.
4. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: September 3, 2021

By _____
Mark C. Scarsi
United States District Judge